**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Middle__ District of __Florida__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

GGS Pizzeria, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Biggie's Pizza

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 1 – 1 9 5 8 9 2 7
EIN

**5. Debtor's address**

**Principal place of business**

101 3rd Street North
Number       Street

_____

Jacksonville Beach         FL       32250
City                       State     ZIP Code

Duval
County

**Mailing address, if different**

_____
Number       Street

_____
P.O. Box

_____  _____  _____
City                  State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____  _____  _____
City                  State    ZIP Code

Debtor    GGS Pizzeria, Inc._____     Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | www.biggiespizzajax.com |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                  MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                  MM / DD / YYYY |

### Part 3:   Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor   GGS Pizzeria, Inc.
_____
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Food Supply, Inc. | Unpaid A/R | $ 133,437.01 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 133,437.01 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Food Supply, Inc.
_____
Name

3100 Ridgewood Avenue - Suite 100
_____
Number   Street

South Daytona            FL       32119
_____
City                     State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Sacks, Chief Executive Officer
_____
Name

3100 Ridgewood Avenue - Suite 100
_____
Number   Street

South Daytona            FL       32119
_____
City                     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 30 2021
             MM / DD / YYYY

X /s/ David Sacks  CEO
_____
Signature of petitioner or representative, including representative's title

### Attorneys

Michael F. Drywa, Jr.
_____
Printed name

Wright & Casey, P.A.
_____
Firm name, if any

340 North Causeway
_____
Number   Street

New Smyrna Beach         FL       32169
_____
City                     State    ZIP Code

Contact phone  386-428-3311    Email  mdrywa@surfcoastlaw.com

Bar number     1008279

State          Florida

X  /s/ Michael F. Drywa, Jr.
_____
Signature of attorney

Date signed  08/30/2021
             MM / DD / YYYY

Debtor  GGS Pizzeria, Inc.  
_____  
Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

_____  
Name

_____  
Number    Street

_____  _____  _____  
City                                    State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number    Street

_____  _____  _____  
City                                    State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____  
                MM  /  DD  /  YYYY

✘ _____  
Signature of petitioner or representative, including representative's title

---

_____  
Printed name

_____  
Firm name, if any

_____  
Number    Street

_____  _____  _____  
City                                    State          ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State         _____

✘ _____  
Signature of attorney

Date signed  _____  
               MM  /  DD  /  YYYY

---

**Name and mailing address of petitioner**

_____  
Name

_____  
Number    Street

_____  _____  _____  
City                                    State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number    Street

_____  _____  _____  
City                                    State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____  
                MM  /  DD  /  YYYY

✘ _____  
Signature of petitioner or representative, including representative's title

---

_____  
Printed name

_____  
Firm name, if any

_____  
Number    Street

_____  _____  _____  
City                                    State          ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State         _____

✘ _____  
Signature of attorney

Date signed  _____  
               MM  /  DD  /  YYYY